FILED
2010 Jun-10 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD BAGLEY, ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| vs. ] | CIVIL ACTION NO. 10-JHH-RRA-1026-E |
| ] | |
| WARDEN CARTER and ] | |
| THE ATTORNEY GENERAL FOR ] | |
| THE STATE OF ALABAMA, ] | |
| ] | |
| Respondents. ] | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

**DONE** this the   10th   day of June, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE